IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM C. MCCALL,

      Appellant,

v.

HSBC BANK USA, N.A., ET
AL.,
      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-566

Opinion filed March 17, 2016.

An appeal from the Circuit Court for Duval County.
Frederic A. Buttner, Judge.

Mark P. Stopa of Stopa Law Firm, Tampa, for Appellant.

Shaib Y. Rios of Brock & Scott, PLLC, Fort Lauderdale, for Appellee.


ON MOTION FOR REHEARING


PER CURIAM

      We grant Appellant's motion for rehearing, withdraw our previous per curiam affirmance, and substitute the following in its place.

      AFFIRMED. <u>See</u> <u>Brindise v. U.S. Bank Nat'l Ass'n</u>, 41 Fla. L. Weekly D223 (Jan. 20, 2016).

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.